The CHIEF JUSTICE
 

 now gave the judgmentof theeourt.
 

 We have recently decided, in the case of
 
 Armstrong
 
 v.
 
 United States,
 

 *
 

 that, the President’s proclamation of December 25th, 1868, granting pardon and amnesty unconditionally and without reservation to all who participated, directly
 
 *158
 
 or indirectly, in the late rebellion, relieves claimants of captured and abandoned property from proof of adhesion to the United States during the late civil war. It was unnecessary, therefore, to prove such adhesion or personal pardon for taking part in the rebellion against the United States.
 

 The judgment of the Court of Claims dismissing the petition is
 

 Reversed.
 

 *
 

 Supra, fhe case immediately preceding.